FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

NOV 3 2009

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| George W. Venteicher, III,<br>Plaintiff | ) | Case Number: 8:09 CV 272 |
| v. | )<br>)<br>) | **CONSENT TO EXERCISE<br>OF JURISDICTION BY A<br>UNITED STATES MAGISTRATE JUDGE** |
| Smyrna Air Center, Inc.<br>Defendant | )<br>) | **AND<br>ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| **Signature of Attorney or Party** | **Name of Party** | **Date** |
|---|---|---|
| /s/ Betty L. Egan | For George W. Venteicher, III | 10/30/09 |
| /s/ | For Smyrna Air Center, Inc. | 11/2/09 |
| | For | |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable ___F. A. Gossett___, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

November 3, 2009                         /s/
Date                                                  United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.