IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE W. VENTEICHER III, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:09cv272 |
| | ) | |
| vs. | ) | |
| | ) | |
| SMYRNA AIR CENTER, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Richard Gordon, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 21, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for February 14, 2013 and the jury trial scheduled for March 5, 2013, are cancelled upon the notification that this case is settled.

Dated: January 22, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge