# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GEORGE W. VENTEICHER III,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV272 |
| | ) | |
| V. | ) | |
| | ) | |
| **SMYRNA AIR CENTER, Inc.,** | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court on the parties' Stipulated Judgment. (Filing 67.) The Court, having been duly advised in the premises, finds that Judgment should be entered in favor of Plaintiff, George W. Venteicher, III, and against Defendant, Smyrna Air Center, Inc., in the amount of Ninety Thousand Dollars and 00/100 ($90,000.00), plus court costs of Eighty-four Dollars and 71/100 ($84.71), for a total judgment of Ninety Thousand Eighty-four Dollars and 71/100 ($90,084.71).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant in the total amount of Ninety Thousand Eighty-four Dollars and 71/100 ($90,084.71), which includes the costs of this action.

**DATED March 20, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**